### COPELAN et al., administrators, v. LEWIS.

PER CURIAM. The evidence in this case authorized the verdict rendered, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Beck, P. J., dissenting.*

No. 3410. APRIL 14, 1923.

Equitable petition. Before Judge Park. Greene superior court. May 24, 1922.

*Noel P. Park* and *J. G. Faust,* for plaintiffs in error.

*Miles W. Lewis,* contra.